AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Talwani, Indira | U.S. District Court, Massachusetts | 08/12/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active Status | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

John J. Moakley U.S. Courthouse
One Courthouse Way, Suite 4710
Boston, MA
02110

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Talwani, Indira | 08/12/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Pyle Rome LLP - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | UC Berkeley School of Law | September 25-28, 2016 | Berkeley, CA | Judge-in-Residence Program | Transportation, lodging, and meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Talwani, Indira | 08/12/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Talwani, Indira | 08/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Citizens Bank (cash) | A | Interest | J | T | | | | | |
| 2.  Charles Schwab (cash) | A | Interest | K | T | | | | | |
| 3.  American Funds Capital World Growth & Income Fund | C | Dividend | L | T | | | | | |
| 4.  American Funds EuroPacific Growth Fund | | None | | | Sold | 12/28/16 | K | | |
| 5.  American Funds Fundamental Investors Fund | C | Dividend | L | T | | | | | |
| 6.  American Funds Growth Fund of America | D | Dividend | K | T | | | | | |
| 7.  American Funds Investment Company of America Fund | | None | J | T | | | | | |
| 8.  Glenmede Small Cap Equity | A | Dividend | | | Sold | 12/28/16 | K | | |
| 9.  JP Morgan Large Cap Growth | | None | | | Sold | 12/28/16 | K | | |
| 10. Mainstay ICAP Select Equity Fund | | None | | | Sold | 02/10/16 | K | | |
| 11. SunAmerica Focused Div Strategy A | | None | | | Buy | 02/11/16 | K | | |
| 12. | | | | | Sold | 12/28/16 | K | | |
| 13. Vanguard Target Ret 2020 | | None | | | Sold | 12/20/16 | K | | |
| 14. Vanguard Wellington Fund | A | Dividend | | | Sold | 12/28/16 | K | | |
| 15. Vanguard Equity | C | Dividend | L | T | | | | | |
| 16. Edward Jones IRA (cash Account) | | None | K | T | Buy | 12/27/16 | K | | |
| 17. Trust #1 (H) | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Talwani, Indira | 08/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Rental property #1, South Orleans, Massachusetts | E | Rent | P2 | W | | | | | |
| 19. Federated Govor Obl TX Mgd-I | A | Interest | K | T | | | | | |
| 20. Massachusetts State General Obligations 12/28/2011 (X) | C | Interest | M | T | | | | | |
| 21. Federal Farm Credit Bank Bond | E | Interest | P1 | T | Buy (add'l) | 01/27/16 | M | | |
| 22. | | | | | Buy (add'l) | 07/05/16 | M | | |
| 23. | | | | | Buy (add'l) | 02/23/16 | M | | |
| 24. | | | | | Redeemed (part) | 12/02/16 | K | | |
| 25. | | | | | Redeemed (part) | 05/13/16 | K | | |
| 26. | | | | | Redeemed (part) | 06/30/16 | K | | |
| 27. | | | | | Redeemed (part) | 08/05/16 | K | | |
| 28. | | | | | Buy (add'l) | 05/25/16 | M | | |
| 29. | | | | | Buy (add'l) | 10/27/16 | M | | |
| 30. | | | | | Buy (add'l) | 12/06/16 | M | | |
| 31. | | | | | Buy (add'l) | 03/29/16 | M | | |
| 32. | | | | | Redeemed (part) | 03/30/16 | K | | |
| 33. Federate Short-Term Municipal Trust (FSHIX) | C | Interest | M | T | | | | | |
| 34. Loomis Sayles Senior (LSFYX) | D | Distribution | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Talwani, Indira | 08/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Disney Walt Co New (DIS) | A | Dividend | | | Sold | 05/02/16 | L | E | |
| 36. Amazon.Com Inc (AMZN) | | None | K | T | Buy | 07/22/16 | K | | |
| 37. | | | | | Sold (part) | 11/07/16 | J | A | |
| 38. Lowes Cos Inc (LOW) | A | Dividend | K | T | Buy | 05/02/16 | K | | |
| 39. | | | | | Sold (part) | 11/07/16 | J | | |
| 40. McDonald Corp. (MCD) | B | Dividend | K | T | Sold (part) | 11/07/16 | J | | |
| 41. Nielsen Holdings PLC (NLSN) | A | Dividend | L | T | Buy | 05/02/16 | K | | |
| 42. | | | | | Sold (part) | 11/07/16 | J | | |
| 43. TJX Cos Inc (TJX) | A | Dividend | L | T | Sold (part) | 11/07/16 | J | A | |
| 44. V.F. Corp. | A | Dividend | | | Sold | 05/02/16 | K | | |
| 45. Anheuser-Busch (BUD) | B | Dividend | K | T | Sold (part) | 11/07/16 | J | B | |
| 46. CVS Health Corp (CVS) | A | Dividend | K | T | Buy | 05/02/16 | K | | |
| 47. | | | | | Sold (part) | 11/07/16 | J | | |
| 48. Fomento Econ Mexicano | | None | | | Sold | 04/27/16 | K | C | |
| 49. Nestle SA (NSRGY) | B | Dividend | K | T | Sold (part) | 11/07/16 | J | A | |
| 50. Pepsico Inc. (PEP) | B | Dividend | L | T | Sold (part) | 11/07/16 | J | A | |
| 51. Procter & Gamble Co (PG) | B | Dividend | K | T | Sold (part) | 11/07/16 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Talwani, Indira | 08/12/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ExxonMobil Corp. (XOM) | B | Dividend | L | T | Sold (part) | 11/07/16 | J | B | |
| 53. Royal Dutch hell PLC SPONS ADR (RDS/ B) | B | Dividend | L | T | Buy | 07/07/16 | K | | |
| 54. | | | | | Buy (add'l) | 07/22/16 | K | | |
| 55. | | | | | Sold (part) | 11/07/16 | J | | |
| 56. American International Group (AIG) | A | Dividend | | | Sold | 07/22/16 | L | E | |
| 57. Huntington Bancshares Inc. | A | Dividend | | | Sold | 01/22/16 | K | D | |
| 58. PNC Financial Services Group (PNC) | B | Dividend | L | T | Sold (part) | 11/07/16 | J | B | |
| 59. US Bancorp New (USB) | B | Dividend | L | T | Sold (part) | 11/07/16 | J | B | |
| 60. Wells Fargo & Co. | A | Dividend | | | Sold | 07/07/16 | K | C | |
| 61. Abbott Labs | A | Dividend | | | Sold | 05/02/16 | K | C | |
| 62. AbbVie Inc. (ABBV) | B | Dividend | K | T | Sold (part) | 11/07/16 | J | A | |
| 63. Johnson & Johnson (JNJ) | A | Dividend | L | T | Sold (part) | 11/07/16 | J | C | |
| 64. Medtronic PLC (MDT) | B | Dividend | L | T | Buy (add'l) | 05/02/16 | K | | |
| 65. | | | | | Sold (part) | 11/07/16 | J | A | |
| 66. Merck & Co. Inc. (MRK) | B | Dividend | L | T | Sold (part) | 11/07/16 | J | B | |
| 67. Novartis | | None | | | Sold | 01/22/16 | K | | |
| 68. Pfizer Inc. (PFE) | C | Dividend | L | T | Sold (part) | 11/07/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Talwani, Indira | 08/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Zoetis Inc. (ZTS) | A | Dividend | L | T | Sold (part) | 11/07/16 | J | B | |
| 70. General Electric Corp. (GE) | B | Dividend | L | T | Sold (part) | 05/02/16 | K | C | |
| 71. | | | | | Sold (part) | 11/07/16 | J | B | |
| 72. Hexcel Corp. (HXL) | A | Dividend | K | T | Sold (part) | 05/02/16 | K | D | |
| 73. | | | | | Sold (part) | 11/07/16 | J | C | |
| 74. Honeywell International Inc (HON) | A | Dividend | K | T | Buy | 05/02/16 | K | | |
| 75. | | | | | Sold (part) | 11/07/16 | J | | |
| 76. Interpublic Group of Companies Inc (IPG) | A | Dividend | K | T | Buy | 05/02/16 | K | | |
| 77. | | | | | Sold (part) | 11/07/16 | J | | |
| 78. Union Pac Corp. (UNP) | A | Dividend | K | T | Sold (part) | 11/07/16 | J | A | |
| 79. United Parcel Service (UPS) | B | Dividend | K | T | Sold (part) | 11/07/16 | J | | |
| 80. Adobe Sys Inc. (ADBE) | | None | L | T | Sold (part) | 02/02/16 | K | D | |
| 81. | | | | | Sold (part) | 11/07/16 | J | C | |
| 82. Alphabet Inc CL A (GOOGL) | | None | L | T | | | | | |
| 83. Alphabet Inc CL C | | None | | | Sold (part) | 02/02/16 | K | E | |
| 84. | | | | | Sold | 11/07/16 | J | C | |
| 85. Apple Inc. (AAPL) | B | Dividend | L | T | Sold (part) | 11/07/16 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Check Point Software Tech (CHKP) | | None | K | T | Sold (part) | 05/02/16 | K | D | |
| 87. | | | | | Sold (part) | 11/07/16 | J | B | |
| 88. Cognizant Technology Solutions | | None | | | Sold | 10/05/16 | K | E | |
| 89. Cisco Systems Inc (CSCO) | A | Dividend | K | T | Buy | 05/02/16 | K | | |
| 90. | | | | | Sold (part) | 11/07/16 | J | A | |
| 91. Facebook Inc-A (FB) | | None | K | T | Buy | 07/22/16 | K | | |
| 92. | | | | | Sold (part) | 11/07/16 | J | | |
| 93. Microsoft Corp. (MSFT) | C | Dividend | L | T | Sold (part) | 02/02/16 | K | D | |
| 94. | | | | | Sold (part) | 11/07/16 | J | C | |
| 95. Palo Alto Networks Inc (PANW) | | None | K | T | Buy | 10/05/16 | K | | |
| 96. | | | | | Sold (part) | 11/07/16 | J | | |
| 97. Salesforce.com (CRM) | | None | K | T | Sold (part) | 11/07/16 | J | B | |
| 98. Synchronoss Technologies | | None | | | Sold | 02/02/16 | K | | |
| 99. Visa (V) | A | Dividend | L | T | Sold (part) | 11/07/16 | J | A | |
| 100. Praxair Inc. (PX) | B | Dividend | K | T | Sold (part) | 11/07/16 | J | A | |
| 101. Verizon Communications (VZ) | B | Dividend | L | T | Sold (part) | 11/07/16 | J | A | |
| 102. NextEra Energy Inc. (NEE) | B | Dividend | L | T | Sold (part) | 11/07/16 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Talwani, Indira | 08/12/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. WEC Energy Group Inc (WEC) | B | Dividend | K | T | Buy | 01/25/16 | K | | |
| 104. | | | | | Sold (part) | 11/07/16 | J | A | |
| 105. iShares Core S&P Mid-Cap ETF | | None | | | Sold | 01/22/16 | K | | |
| 106. iShares Core S&P Small-Cap ETF | | None | | | Sold | 01/22/16 | L | D | |
| 107. iShares Nasdaq Biotech ETF (IBB) | A | Dividend | K | T | Sold (part) | 11/07/16 | J | A | |
| 108. Trust #2 (H) | | | | | | | | | |
| 109. Citizens Bank (cash) (Y) | | | | | | | | | |
| 110. Rental property #2, Cotuit, Massachusetts | F | Rent | P1 | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Talwani, Indira | 08/12/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, lines 17-107:       and       are beneficiaries of Trust #1. It was neither established nor funded by      ,       or me, and we have no control over the assets or income of the trust. My household's beneficiary interest in the assets of the trust is 5.5% of the value indicated in Column C.

Part VII, lines 21-32: The 2016 reporting format was designed to eliminate excess information; please see 2015, lines 22-27.

Part VII, lines 108-110:       is a beneficiary and trustee of Trust #2.       beneficiary interest is 20% of the value indicated in Column C.

The items listed in Part VII, lines 13 and 14 of my 2015 report have been omitted from Part VII of this filing in accordance with the Committee's letter of December 20, 2016.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Indira Talwani**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544